Case 2:16-cv-00173-KAM-GRB   Document 1-3   Filed 01/13/16   Page 1 of 7 PageID #: 8

US00D713459S

## (12) United States Design Patent
### Zeitler

(10) Patent No.: **US D713,459 S**
(45) Date of Patent: ** **Sep. 16, 2014**

(54) **MARKER**

(71) Applicant: **Peter Wolfgang Zeitler**, Huntsville, AL (US)

(72) Inventor: **Peter Wolfgang Zeitler**, Huntsville, AL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/455,140**

(22) Filed: **May 17, 2013**

(51) LOC (10) Cl. ................................. 19-06
(52) U.S. Cl.
   USPC ................ **D19/117**; D19/901; D19/928
(58) Field of Classification Search
   USPC ......... D14/411; D19/115–186, 194; 24/11 R, 24/11 F, 11 P; 401/52, 99, 109, 192, 195, 401/196
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,611,937 A | * | 12/1926 | Nelson | 401/82 |
| D295,537 S | * | 5/1988 | Davidson et al. | D19/43 |
| 5,017,034 A | * | 5/1991 | Stary et al. | 401/35 |
| D366,279 S | * | 1/1996 | Voorhees | D19/36 |
| 5,522,146 A | * | 6/1996 | Warburton | 33/347 |
| D399,253 S | * | 10/1998 | Raymond | D19/36 |
| D422,309 S | * | 4/2000 | Bond | D19/36 |
| 6,276,854 B1 | * | 8/2001 | Mullins | 401/88 |
| D501,877 S | * | 2/2005 | Granick | D19/36 |
| 6,948,251 B2 | * | 9/2005 | Jebe et al. | 30/452 |
| D524,372 S | * | 7/2006 | Granick | D19/36 |
| D559,311 S | * | 1/2008 | Qiu et al. | D19/43 |
| D579,045 S | * | 10/2008 | Allemand | D19/45 |
| D579,046 S | * | 10/2008 | Allemand | D19/47 |
| D585,489 S | * | 1/2009 | Han et al. | D19/36 |
| 7,645,083 B2 | * | 1/2010 | Burry et al. | 401/93 |
| D698,863 S | * | 2/2014 | Ryan et al. | D19/117 |
| 2012/0134736 A1 | * | 5/2012 | Ryan | 401/52 |

* cited by examiner

*Primary Examiner* — Elizabeth Albert
(74) *Attorney, Agent, or Firm* — Angela Holt; Bradley Arant Boult Cummings LLP

(57) **CLAIM**

The ornamental design for a marker, as shown and described.

**DESCRIPTION**

FIG. 1 is an exploded perspective view of the marker showing my new design;
FIG. 2 is a partially-exploded perspective view thereof;
FIG. 3 is another partially-exploded perspective view thereof;
FIG. 4 is an exploded front elevation view thereof;
FIG. 5 is a partially-exploded front elevation view thereof;
FIG. 6 is another partially-exploded front elevation view thereof;
FIG. 7 is an exploded side elevation view thereof;
FIG. 8 is a partially-exploded side elevation view thereof;
FIG. 9 is another partially-exploded side elevation view thereof;
FIG. 10 is a top plan view of the top cap; the bottom plan view of the bottom cap being identical;
FIG. 11 is a bottom plan view of the top cap; the top plan view of the bottom cap being identical;
FIG. 12 is a top plan view of the marker with the cap removed;
FIG. 13 is a bottom plan view of the marker with the cap removed; and,
FIG. 14 is a perspective view of the marker with both caps installed.
The broken lines showing the inside in FIG. 11 are included to show a portion of the marker that forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



Chartpak, Inc. v. CC International LLC

Complaint EXHIBIT A

Case 2:16-cv-00173-KAM-GRB   Document 1-3   Filed 01/13/16   Page 2 of 7 PageID #: 9



FIG. 1        FIG. 2        FIG. 3



FIG. 4          FIG. 5          FIG. 6



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 7   FIG. 8   FIG. 9



Chartpak, Inc. v. CC International LLC
Complaint EXHIBIT B